DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
LUCRETIA IRIS JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUCRETIA IRIS JAMES,<br><br>    Defendant.<br>_____ | NO. CR.S-08-138-EJG<br><br>**STIPULATION AND ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: May 2, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BENDER, Assistant United States Attorney, attorney for Plaintiff, and JEFFREY L. STANIELS, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of May 2, 2008 be vacated, and the matter be set for status conference on May 16, 2008 at 10:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case, and the unavailability of counsel.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 16, 2008 pursuant to 18 U.S.C.

1  §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based
2  upon continuity of counsel and defense preparation.
3  DATED: May 1, 2008.                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender

   DATED: May 1, 2008.                    /s/ Jeffrey L. Staniels
                                          JEFFREY L. STANIELS
                                          Chief Assistant Federal Defender
                                          Attorney for Defendant

                                          McGREGOR W. SCOTT
                                          United States Attorney


   DATED: May 1, 2008.                    /s/Richard Bender
                                          RICHARD BENDER
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 16, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: May 1, 2008.          /s/ Edward J. Garcia
                             EDWARD J. GARCIA
                             United States District Judge