1  McGREGOR W. SCOTT
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



**FILED**

JUL 21 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY

C|EJG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08-0138 EJG |
| Plaintiff, ) | |
| v. ) | **MOTION TO DISMISS WITHOUT PREJUDICE; ORDER** |
| LUCRETIA JAMES, ) | |
| Defendant. ) | |

   Pursuant to Rule 48(a), of the Federal Rules of Criminal Procedure, the United States hereby moves to dismiss without prejudice the pending Indictment against defendant Lucretia James. The reason for the motion is that the defendant has been indicted in the U.S. District Court for the Western District of Washington [Cr. 08-0244 RSL] on charges that include the present offense conduct. A detainer has been filed and is in place with the Marshal's Service. The U.S. Attorney's Office for the Eastern District of California has agreed to allow its charges to be included and adjudicated in the Western District of Washington rather than have them separately adjudicated in the two Districts. Defense counsel, Roger Patton,

Esq., has been contacted and has no objection to this motion.

Therefore, the government requests that the above captioned Indictment be dismissed without prejudice and that the defendant be ordered transferred by the U.S. Marshal Service to the Western District of Washington in Seattle.

Date: July 18, 2008

McGREGOR W. SCOTT
United States Attorney

by *(signature)*
RICHARD J. BENDER
Assistant U.S. Attorney

It is SO ORDERED,

this __21__ day of July, 2008

*(signature)*
EDWARD J. GARCIA
Senior, U.S. District Judge